IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CALVIN THROWER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05-cv-00273 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LT. S. MULLINS, et al., | ) | By: Hon. James C. Turk |
|     Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's motion to amend (amended complaint) shall be and is hereby **GRANTED** and his complaint is hereby supplemented as stated in the amended complaint, but that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to the Office of the Attorney General of Virginia.

ENTER: This 5th day of July, 2005.

                                                Senior United States District Judge